HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN YIN,<br><br>      Defendant. | CASE NO. CR16-314RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE |

THIS MATTER comes before the Court on Defendant's Motion to Continue Sentencing Date. Having considered the motion, the Government's opposition, and Defendant's reply,

IT IS HEREBY ORDERED that Defendant's Motion to Continue Sentencing Date (Dkt. #16) is DENIED. The sentencing in this matter will proceed as scheduled on Friday, April 14, 2017, at 10:00 a.m.

DATED this 12th day of April, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYNG DEFENDANT'S MOTION
TO CONTINUE SENTENCING DATE – 1