Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN YIN, <br><br> Defendant. | NO. CR16-314 RAJ <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

THIS MATTER has come before the Court on defense counsel Kirk Davis' Motion to Withdraw. Having considered the files and pleadings herein, and there being no opposition filed, the Court hereby GRANTS the Motion (Dkt. #27) and permits attorney Kirk Davis to withdraw as counsel for Defendant John Yin in the above-entitled proceedings.

DATED this 9th day of November, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1
*US. v. John Yin, CR-16-314 RAJ*

**LAW OFFICE OF KIRK C. DAVIS, PLLC**
1218 Third Ave. Ste. 1000
Seattle, Washington 98101
Ph.(206) 684-9339  Fax(206) 260-3685